NUMBER 13-98-646-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


JOEL JENSEN , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________



On appeal from the County Court at Law No. 2 

of Nueces County, Texas.


___________________________________________________________________



O P I N I O N


Before Justices Hinojosa, Yañez, and Chavez

Opinion Per Curiam




 Appellant, JOEL JENSEN , perfected an appeal from a judgment entered by the County Court at Law No. 2 of Nueces
County, Texas, in cause number 96-4223-2 . Appellant has filed a motion to dismiss the appeal. The motion complies
with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 6th day of May, 1999 .